Tanya Levinson Moore, Esq. SBN 206683
MOORE LAW FIRM, P.C.
332 N. Second Street
San Jose, CA  95112
Telephone (408) 271-6600
Facsimile (408) 298-6046

Attorneys for Plaintiff
Eric Wardwell

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC WARDWELL,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MCDONALD'S CORPORATION dba MCDONALD'S RESTUARUANT #7281, SAVE MART SUPERMARKETS AND SMS MANAGEMENT COMPANY,<br><br>　　　　Defendants. | No.   1:10-CV-00981-OWW-DLB<br><br>**STIPULATION FOR DISMISSAL; OF ACTION AGAINST DEFENDANTS SAVE MART SUPERMARKETS AND SMS MANAGEMENT COMPANY ONLY; ORDER**<br><br>Assigned to U.S. District Judge OLIVER W. WANGER<br><br>Complaint Filed: June 2, 2010 |

Plaintiff Eric Wardwell, through his attorney, Tanya Levinson Moore, Moore Law Firm, P.C., San Jose, California, and Defendants SAVE MART SUPERMARKETS AND SMS MANAGEMENT COMPANY, through their attorney, LANG, RICHERT & PATCH, in Fresno, California, hereby stipulate that the above-captioned action shall be dismissed against these defendants only with prejudice.

Date: August 4, 2010　　　　　　　　　　　　/s/Tanya Levinson Moore

*Eric Wardwell v. McDonald's Corporation, et al.*

Stipulation for Dismissal

Page 1

1
2
                              Tanya E. Levinson Moore
                              Attorney for Plaintiff

3   Date:  August 3, 2010           LANG, RICHERT & PATCH

4
5                                 /s/ Charles T.Taylor
                              Charles T. Taylor, Esq.
6                                 Attorney for Defendants
7                                 Save Mart Supermarkets and
                              SMS Management Company
8
9

10                               **ORDER**

11
12  THE PARTIES HAVING SO STIPULATED, IT IS HEREBY ORDERED THAT the above-captioned action against Save Mart Supermarket and SMS Management
13  Company only be dismissed with prejudice.

14
15
16
17  IT IS SO ORDERED.
18     Dated:  **August 4, 2010**              **/s/ Oliver W. Wanger**
19                                          UNITED STATES DISTRICT JUDGE
20
21
22
23
24
25
26
27
28
*Eric Wardwell v. McDonald's Corporation, et al.*

Stipulation for Dismissal