Tanya Moore, Esq. SBN 206683
MOORE LAW FIRM, P.C.
332 N. Second Street
San Jose, CA  95112
Telephone (408) 271-6600
Facsimile (408) 298-6046

Attorneys for Plaintiff
Eric Wardwell

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC WARDWELL,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MCDONALD'S CORPORATION DBA MCDONALD'S RESTAURANT #7281, et al.,<br><br>　　　　Defendants. | No.  1:10-CV-00981-OWW-DLB<br><br>**STIPULATION FOR DISMISSAL; ORDER**<br><br>Assigned to U.S. District Judge Oliver W. Wanger<br>Complaint filed:  June 2, 2010 |

　　　Plaintiff Eric Wardwell, through his attorney, Tanya Moore, Moore Law Firm, P.C., San Jose, California, and Defendant McDonald's Corporation, through its attorney Benjamin M. Glickman, Gibson, Dunn & Crutcher, LLP, Palo Alto, California, hereby stipulate that the above-captioned action shall be dismissed with prejudice in its entirety.

Date: October 18, 2010　　　　　　　　　　　　　MOORE LAW FIRM, P.C.



　　　　　　　　　　　　　　　　　　　　　　　　/s/Tanya Moore
　　　　　　　　　　　　　　　　　　　　　　　　Tanya Moore
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Stipulation for Dismissal

*Wardwell v. McDonald's Corporation*

Page 1

Date: October 18, 2010                GIBSON, DUNN & CRUTCHER, LLP


                              /s/ Benjamin M. Glickman
                              Attorneys for Defendant MCDONALD'S CORPORATION

**ORDER**

THE PARTIES HAVING SO STIPULATED, IT IS HEREBY ORDERED THAT the above-captioned action be dismissed with prejudice in its entirety.


IT IS SO ORDERED.

  Dated:   **October 18, 2010**              **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE

Stipulation for Dismissal

*Wardwell v. McDonald's Corporation*